UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMIE EDEN CERPA,<br><br>    Petitioner,<br><br>    v.<br><br>GIGI MATTERSON,<br><br>    Respondent. | Case No. 2:20-cv-02345-TLN-JDP (HC)<br><br>ORDER GRANTING PETITIONER'S MOTION FOR AN EXTENSION OF TIME TO FILE AN OPPOSITION TO RESPONDENT'S MOTION TO DISMISS<br><br>ECF No. 16 |

Petitioner has filed a motion for a thirty-day extension of time to file an opposition to respondent's motion to dismiss. ECF No. 16. Good cause appearing, it is hereby ORDERED that:

1. Petitioner's motion for an extension of time, ECF No. 16, is granted.

2. Petitioner is granted thirty days from the date of this order in which to file his opposition to respondent's motion to dismiss.

IT IS SO ORDERED.

Dated:  April 8, 2021

JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE