1

2

3

4

5

6

7

8                    UNITED STATES DISTRICT COURT

9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11    JAMIE EDEN CERPA,                    Case No. 2:20-cv-02345-TLN-JDP (HC)

12                   Petitioner,           ORDER DISCHARGING THE MARCH 22,
                                           2021 ORDER TO SHOW CAUSE
13          v.
                                           ECF No. 15
14    GIGI MATTERSON,

15                   Respondent.

16

17         In light of petitioner's statement of non-opposition to respondent's motion to dismiss,

18    ECF No. 18, the March 22, 2021 order to show cause, ECF No. 15, is discharged.

19
      IT IS SO ORDERED.
20

21
      Dated:    May 4, 2021         _____
22                                         JEREMY D. PETERSON
                                           UNITED STATES MAGISTRATE JUDGE
23

24

25

26

27

28