UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAIME EDEN CERPA,<br><br>　　　　　Petitioner,<br><br>　v.<br><br>GIGI MATTERSON,<br><br>　　　　　Respondent. | Case No. 2:20-cv-02345-TLN-JDP (HC)<br><br>FINDINGS AND RECOMMENDATIONS THAT RESPONDENT'S MOTION TO DISMISS BE GRANTED AND THE PETITION BE DISMISSED WITHOUT PREJUDICE<br><br>OBJECTIONS DUE IN FOURTEEN DAYS<br><br>ECF No. 13 |

Petitioner Jaime Eden Cerpa, a state prisoner, filed a petition for a writ of habeas corpus under 28 U.S.C. § 2254. ECF No. 1. Respondent has filed a motion to dismiss in which she argues that the petition was prematurely filed because petitioner's state court re-sentencing is pending. ECF No. 13 at 1. Petitioner filed a statement of non-opposition that concedes that the petition's dismissal without prejudice is appropriate at this juncture. ECF No. 18. Accordingly, I recommend that:

　　　1. Respondent's motion to dismiss, ECF No. 13, be granted.

　　　2. The petition, ECF No. 1, be dismissed without prejudice to filing a new petition upon completion of state court proceedings.

　　　3. The court decline to issue the certificate of appealability referenced in 28 U.S.C. § 2253.

　　　4. The Clerk of Court be directed to close the case.

1

| | |
|---|---|
| 1 | These findings and recommendations are submitted to the U.S. district judge presiding |
| 2 | over the case under 28 U.S.C. § 636(b)(1)(B) and Local Rule 304. Within fourteen days of the |
| 3 | service of the findings and recommendations, the parties may file written objections to the |
| 4 | findings and recommendations with the court and serve a copy on all parties. That document |
| 5 | must be captioned "Objections to Magistrate Judge's Findings and Recommendations." The |
| 6 | presiding district judge will then review the findings and recommendations under 28 U.S.C. |
| 7 | § 636(b)(1)(C). |

IT IS SO ORDERED.

Dated:  May 6, 2021

JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE